UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **EUGENIA VEGA,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **CELADON TRUCKING SERVICES, INC.,** et al. | CASE NO: 17-1189-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Plaintiff's Second Motion to Remand entered on November 9, 2017, the Plaintiff's motion is GRANTED and this case is REMANDED to the Tennessee Circuit Court of Madison County. Pursuant to the Stipulation, no costs are awarded.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 11/9/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk